Douglas J. Campion (SBN 75381)
Doug@DJCampion.com
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
17150 Via Del Campo, Ste 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICES OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

Attorneys for Plaintiffs and the
Putative Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOHERTY & LESLIE WESTMORELAND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br><br> COMENITY CAPITAL BANK & COMENITY BANK, <br><br> Defendants. | 3:16-cv-01321-H-BGS <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF JEFFREY A. HANSEN IN SUPPORT OF JOINT STATEMENT ABOUT DISCOVERY DISPUTE |

I, Jeffrey A. Hansen, declare:

1. I have been retained by the Law Offices of Douglas J. Campion, APC, and the Law Offices of Daniel G. Shay as a consultant and asked by them to file this declaration. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I was retained to render an opinion on dialer issues and to analyze the data once received as to the number / percentage of cellphones called.

2. I am the principal of Hansen Legal Technologies, Inc. Our firm is in the business of handling Information Technology, including investigations and analysis of electronic data. I have served as an expert or consultant in a number of cases. I have served as an expert witness and consultant to law firms in order to conduct computer forensics. I also assist in electronic discovery issues. My firm is typically retained to assist Plaintiff's counsel in evaluating and analyzing electronic data related to lists of outbound calls and to determine how many of such calls were made to landlines and cellphones. I also typically review other electronic data obtained in discovery associated with computer systems and/or telephone dialing systems that may have been used by Defendants or their agents.

3. I am often also retained to evaluate and analyze the dialers used by Defendants and their agents to determine if they have the characteristics of an automatic telephone dialing system as defined by the Telephone Consumer Protection Act ("TCPA"). I have extensive experience dealing with data warehousing, including data warehousing related to telemarketing and autodialers in general.

4. I am familiar with the manner in which outbound dial lists are used and maintained in the telemarketing and debt collection industries. I am also familiar with the procedures involved, and I have personally engaged in data warehousing regarding the compilation of certain lists, including demographic and target audience lists for telemarketing, and have personally repaired defective lists to

eliminate improperly formatted and corrupted data. I am also familiar with and know how to use the databases containing cell block identifiers and ported number lists, both of which identify cellular type telephone numbers. See my CV attached hereto as Exhibit A.

5. I have been called to testify in the following civil matters: *Craig Casey v. Valley Center Insurance Agency Inc.*, Case No. 37-2008-00004378-SC-SC-CTL (San Diego Superior Court); *Stemple v. QC Holdings, Inc.*, Case No. 12-CV-1997-CAB-WVG (S.D. Cal.); *Hahn v. Massage Envy Franchising*, Case No: 3:12-cv-00153-DMS-BGS (S.D. Cal.); *Abdeljalil v. General Electric Capital Corporation*, Case No: 12-cv-02078-JAH-MDD (S.D. Cal.); *Jasminda Webb v. Healthcare Revenue Recovery Group, LLC* Case No: C 13-0737 JD (N.D. Cal.); *Balschmiter v TD Auto Finance, LLC*, Case No: 2:13-cv-01186 (E.D. Wisc.); *Jordan Marks v Crunch San Diego, LLC*, Case No. 14-CV-0348-BAS (BLM) (S.D. Cal.); *Peter Olney v Job.com*, Case No: 1:12-cv-01724-LJO-SKO (E.D. Cal.); *Carlos Guarisma v ADCAHB Medical Coverages, Inc. and Blue Cross and Blue Shield of Florida, Inc.*, Case No: 1:13-cv-21016-JLK (S.D. Fla.); *Farid Mashiri v Ocwen Loan Servicing, LLC*, Case No: 3:12-cv-02838 (S.D. Cal.); *Monty J. Booth, Attorney at Law, P.S. v Appstack, Inc.*, Case No. 2:13-cv-01533-JLR (W.D. Wash.); *Rinky Dink, Inc. d/b/a Pet Stop v World Business Lenders, LLC*, Case No. 2:14-cv-00268-JCC (W.D. Wash.); *Michael Reid and Dave Vacarro v. I.C. Systems, Inc.*, Case No. 2:12-cv-02661-ROS (D. Ariz.); *Jeffrey Molar v NCO Financial Systems,* Case No. 3:13-cv-00131-BAS-JLB (S.D. Cal.); *Latonya Simms v Simply Fashion Stores LTD, and ExactTarget, Inc.*, Case No. 1:14-CV-00737-WTL-DKL (D. Ind.); *Sueann Swaney v Regions Bank*, Case No. CV-13-RRA-0544-S (N.D. Ala.); *Hooker v SiriusXM*, Case No. 4:13-cv-00003 (AWA) (E.D. Va.); *Diana Mey v Frontier Communications*, Case No. 13-cv-01191-RNC (D. Conn.); *Rachel Johnson v Yahoo! Zenaida Calderin v. Yahoo!,* Case No. 14-cv-2028 14-cv-2753 (N.D. IL); *Philip Charvat v Elizabeth Valente*, Case No. 12-cv-5746 (N.D. IL); *Robert Zani v Rite Aid Hdqtrs.*

*Corp.*, Case No. 14-cv-9701(AJN)(RLE)(S.D. NY), *A.D. v Credit One Bank,* Case No. 1:14-cv-10106 (N.D. IL); *Oerge Stoba, and Daphne Stoba v Saveology.com, LLC, Elephant Group, Inc.; Time Warner Cable, Inc.*, Case No. 13-cv-2925-BAS-NLS (S.D. Cal.); *Shyriaa Henderson v United Student Aid Funds, Inc.* Case Number: 3:13-cv-1845-L-BLM (S.D. Cal.); *Marciano v Fairwinds Financial Services,* Case No. 6:15-CV-1907-ORL-41 KRS (M.D. Fla); *Alice Lee v Global Tel*Link Corporation*, Case No. 2:15-cv-02495-ODW-PLA [consolidated with 2:15-cv-03464-ODW-PLA (C.D. Cal.); *Alan Brinker v Normandin's*, Case No. 5:14-cv-03007-EJD-HRL (N.D. Cal.); *Spencer Ung v Universal Acceptance Corporation*, Case No. 15cv127 RHK/FLN (D. Minn); *Seana Goodson v Designed Receivable Solutions*, Case No. 2:15-cv-03308-MMM-JPR (C.D. Cal); *Dominguez v Yahoo!, Inc.*, Case No. 2:13-cv-01887 (E.D. Penn); *Eli Ashkenazi v Bloomingdales, Inc.*, Case No. 3:15-cv-02705-PGS-DEA (D. N.J.); *Abante Rooter and Plumbing, Inc. v Birch Communications, Inc.* Case No. 1:15-cv-03562 (N.D. GA); *Roark v Credit One Bank*, Case No. 0:16-cv-00173-RHK-FLN (D.Minn); *Carl Lowe And Kearby Kaiser v CVS Pharmacy, Inc., Minuteclinic, LLC, and West Corporation*, Case No. 1:14-cv-03687 (N.D. Ill); *Zaklit v Nationstar Mortgage, LLC.*, Case No. 5:15-CV-02190-CAS-KK (C.D. Cal); *Charles Banks v Conn Appliance, Inc.*, Case No. 01-16-0001-0736 (American Arbitration Association); *Rajesh Verma v Memorial Healthcare Group*, Case No. 3:16-CV-00427-HLA-JRK (M.D. Fla); *Herrick v Godaddy.com*, Case No. 2:16-cv-00254-DJH (D.AZ); *In Re: Monitronics International, Inc., Telephone Consumer Protection Act Litigation*, Case No. 1:13-md-02493-IMK-JSK (N.D.W.V.); *Diana Mey v Ventura Data, LLC And Public Opinion Strategies*, Case No. 5:14-CV-123 (N.D.W.V.).

### **Production of Call Detail Records from Avaya Proactive Contact**

6.      I was asked by Plaintiff's counsel to provide an opinion to what is

1 required to generate a "Job History Report" from the Avaya Proactive Contact predictive dialing system to provide the outbound dial list and the approximate time required to perform the report generation.  In preparing to do so, I have reviewed the Avaya dialer manuals and related documents produced by Defendant, Bates stamped COM00046-002459.  I have also reviewed the dialer reports and information related to how Defendant obtained the numbers for the Plaintiffs and how consent was allegedly obtained, in COM0001- 00045. I am also familiar with that dialer as I have reviewed its capabilities in my experience in these TCPA cases.

7. The Avaya Proactive Contact predictive dialer has a report generation wizard which allows for the generation of call history reports in a matter of minutes. Generating a Job History Report takes only a few mouse clicks.  Specifically, Defendant only needs to 1) From the Supervisor Main Menu, select Reports > Job history reports.  2) From the Job History Reports menu, select Outbound Job report. 3) Type a Sort Field name. 4) Type the report selection criteria. 5) Type the number of the Totaling Strategy. 6) Type Y at the prompt if the entries are correct or type N to edit your selections. 7) The system displays a prompt to tell you it's generating the report.  (*See Exhibit B – A true and correct copy of the adminguide.book p. 277 (Obtained from downloads.avaya.com/css/P8/documents/100169601#G15.606098 on 04-12-2016)*)

8. For the report criteria, Defendant can use a single CSV (Comma Separated Value) list with both delimiters and qualifiers for the relevant time period to include one record for each outbound call with fields identifying the number dialed, duration of the call, date of the call, and disposition of the call.

9. Defendant knows how to perform this task as they have apparently already performed it when producing limited dialer records in their discover responses (*See Exhibit C – A true and correct of the 3 - Doherty, Michael (Thomas) Dialer Report; Exhibit D – A true and correct copy of the 6 - Westmoreland, Leslie (Carmen) Dialer Report Phone Ending 6052)*

10. I estimate the time to perform this task is less than 30 minutes. The only cost to prepare and export the outbound dial lists should be the operator's time in doing the search.

**Analysis of "Job History Report" or "Call Detail Records"**

11. I was also asked by Plaintiff's counsel how long it would take to identify all calls to wireless numbers to include total calls to wireless and landline numbers, total calls to wireless numbers, and total unique wireless numbers called once those documents have been produced by Defendant. Once the outbound dial lists have been produced, I can separate the cellphone calls from those made to landlines by a computer program that compares the list of numbers to a list of cell block identifiers. The list can tell me which calls were made to cell phones and how many calls were made to each cell phone.

12. Providing the data is provided in the format specified in paragraph 8, this analysis would take approximately 8 hours per 10 million call records. I have been retained by Plaintiff's counsel for this task at a rate of $300 per hour.

**Whether the "Manual Dialing" in Fact Involved an ATDS**

13. I understand Defendant is claiming that it did not use an automatic telephone dialing system as defined by the TCPA because it claims it dialed at least one of the cell phone numbers at issue "manually". Based upon my review of the dialer documents Defendant produced as discussed above, and my knowledge of how dialers work, I completely disagree with that conclusion. I understand that is an issue that will need to be decided by the Court in a later proceeding but Defendant's present conclusion that it avoids liability because it claims it "manually" dialed the number cannot be taken at face value. Defendant admits it used the Avaya Proactive Contact dialer to make the "manually" dialed calls. The

dialer's mode of operation from auto to manual does not change the capacity of the system. That is the crucial factor. Changing the mode of dialing is done by effectively clicking a radio button and clicking "save." The FCC considered this when clarifying "capacity," ruling that predictive dialers are an ATDS because of their capacity, not how the operator uses it. The administrator of a predictive dialer is not capable of taking away any functionality of the system. The administrator can only choose to not use it but it is still there. The fact that one campaign can be configured to use preview mode and another campaign configured to use predictive mode, while other agents place calls manually, all occurring at the same time, illustrates the system has the current capacity regardless of the dialing mode selected for a particular campaign.

14. All predictive dialers I have seen also employ a "manual" mode and a "preview" mode, which presents the calling agent with information about the to-be-called party before the number is actually dialed. The agent then has the ability to accept that lead based on the information presented, or reject it and await the dialer to present a new lead to be called. Because a dialer has a preview mode or a manual mode and the calling party may have used those modes, however, does not mean that the dialer fails to qualify as an ATDS.

15. I am not alone in my understanding of whether manual mode has any effect on the capacity of the predictive dialer. The industry has attributed the name "predictive dialer" to these systems regardless of how they are used. Recently, dialer-industry leader Ontario Systems (the creators of the popular Guaranteed Contacts predictive dialer and the FACS system) published a two-part article on the subject of dialing modes and their impact on the predictive dialer's capacity as defined by the FCC. *See The Big 2 Myths You Probably Believe About Manual Dialing - Part 1; The Big 2 Myths You Probably Believe About Manual Dialing -*

*Part 2*).[1] Using the example of manually dialed calls through the predictive dialer, Ontario Systems confirms that a predictive dialer is always a predictive dialer regardless how it is used. Preview mode simply calls the numbers from the list stored in the predictive dialer's database. The two articles from Ontario Systems are relevant in their entirety, however, the summary highlights the main point:

> In other words, if the technology you use to contact consumers has any capacity to dial predictively, or pull from a database of numbers and dial them, current judicial opinion indicates it is an autodialer. Period. This is true whether you launch the call manually by pressing a field, or if you enter 10 digits on a keypad. On the other hand, it opined such a call is a manual dial if it's made using a system to contact consumers that is not tied, routed from or to, or in any way connected to your autodialer. If it's not, it is unlikely you are contacting consumers using an automatic telephone dialing system as defined by the FCC.

*The Big 2 Myths You Probably Believe About Manual Dialing - Part 2, 2nd page (not numbered).*

16. Manual dialing occurs when one presses all ten digits of the phone number to place the call, and calls a number that is not stored on the list. In other words, to "manually" call cell phones without using an ATDS, one must use a separate PBX entirely (plain phone system). I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 17th day of April, 2017 in San Diego, California.

By: 
JEFFREY A HANSEN

---

[1] These are located at 1) http://hub.ontariosystems.com/the-big-2-myths-you-probably-believe-about-manual-dialing-—-part-1?utm; 2) http://hub.ontariosystems.com/the-2nd-big-myth-you-probably-believe-about-manual-dialing.

# Exhibit A

**Jeffrey A. Hansen**
Spring Valley, CA 91977
(619) 270-2363
Email: Jeff@TCPAwitness.com


**SUMMARY OF QUALIFICATIONS:**
    IT certified professional with over 28 years of extensive troubleshooting experience

**PROFESSIONAL EXPERIENCE:**

**Testified in the following:**

    I have been called to testify in the following civil matters:

- *Craig Casey v. Valley Center Insurance Agency Inc.*, Case No. 37-2008-00004378-SC-SC-CTL (San Diego Superior Court)
- *Stemple v. QC Holdings, Inc.*, Case No. 12-CV-1997-CAB-WVG (S.D. Cal.)
- *Hahn v. Massage Envy Franchising*, Case No: 3:12-cv-00153-DMS-BGS (S.D. Cal.)
- *Abdeljalil v. General Electric Capital Corporation*, Case No: 12-cv-02078-JAH-MDD (S.D. Cal.)
- *Jasminda Webb v. Healthcare Revenue Recovery Group, LLC* Case No: C 13-0737 JD (N.D. Cal.)
- *Balschmiter v TD Auto Finance, LLC,* Case No: 2:13-cv-01186 (E.D. Wisc.)
- *Jordan Marks v Crunch San Diego, LLC,* Case No. 14-CV-0348-BAS (BLM) (S.D.Cal.)
- *Peter Olney v Job.com,* Case No: 1:12-cv-01724-LJO-SKO (E.D. Cal.)
- *Carlos Guarisma v ADCAHB Medical Coverages, Inc. and Blue Cross and Blue Shield of Florida, Inc.*, Case No: 1:13-cv-21016-JLK (S.D. Fla.),
- *Farid Mashiri v Ocwen Loan Servicing, LLC,* Case No: 3:12-cv-02838 (S.D. Cal.)
- *Monty J. Booth, Attorney at Law, P.S. v Appstack, Inc.*, Case No. 2:13-cv-01533-JLR (W.D. Wash.)
- *Rinky Dink, Inc. d/b/a Pet Stop v World Business Lenders, LLC,* Case No. 2:14-cv-00268-JCC (W.D. Wash.)
- *Michael Reid and Dave Vacarro v. I.C. Sytems, Inc*., Case No. 2:12-cv-02661-ROS (D. Ariz.)
- *Jeffrey Molar v NCO Financial Systems* Case No. 3:13-cv-00131-BAS-JLB (S.D. Cal.)
- *Latonya Simms v Simply Fashion Stores LTD, and ExactTarget, Inc.*, Case No. 1:14-CV-00737-WTL-DKL (D. Ind.),
- *Sueann Swaney v Regions Bank,* Case No. CV-13-RRA-0544-S (N.D. Ala.)
- *Hooker v SiriusXM,* Case No. 4:13-cv-00003 (AWA) (E.D. Va.)
- *Diana Mey v Frontier Communications,* Case No. 13-cv-01191-RNC (D. Conn.)
- *Rachel Johnson v Yahoo! Zenaida Calderin v Yahoo!* Case No. 14-cv-2028 14-cv-2753 (N.D. IL)
- *Philip Charvat v Elizabeth Valente,* Case No. 12-cv-5746 (N.D. IL)
- *Robert Zani v Rite Aid Hdqtrs. Corp*., Case No. 14-cv-9701(AJN)(RLE)(S.D. NY)
- *A.D. v Credit One Bank* Case No. 1:14-cv-10106 (N.D. IL)
- *Oerge Stoba, and Daphne Stoba v Saveology.com, LLC, Elephant Group, Inc., Time Warner Cable, Inc.* Case No. 13-cv-2925-BAS-NLS (S.D. Cal.)
- *Shyriaa Henderson v United Student Aid Funds, Inc.* Case Number: 3:13-cv-1845-L-BLM (S.D. Cal.)
- *Marciano v Fairwinds Financial Services* Case No. 6:15-CV-1907-ORL-41 KRS (M.D. Fla)
- *Alice Lee v Global Tel\*Link Corporation* Case No. 2:15-cv-02495-ODW-PLA [consolidated with 2:15-cv-03464-ODW-PLA (C.D. Cali)
- *Alan Brinker v Normandin's* Case No. 5:14-cv-03007-EJD-HRL (N.D. Cali)
- *Spencer Ung v Universal Acceptance Corporation,* Case No. 15cv127 RHK/FLN (D. Minn)
- *Seana Goodson v Designed Receivable Solutions,* Case No. 2:15-cv-03308-MMM-JPR (C.D. Cal)
- *Dominguez v Yahoo!, Inc*., Case No. 2:13-cv-01887 (E.D. Penn)
- Eli Ashkenazi v Bloomingdales, Inc., Case No. 3:15-cv-02705-PGS-DEA (D. N.J.)
- *Abante Rooter and Plumbing, Inc. v Birch Communications, Inc.* Case No. 1:15-cv-03562 (N.D. GA)
- *Roark v Credit One Bank,* Case No. 0:16-cv-00173-RHK-FLN (D.Minn)
- *Carl Lowe And Kearby Kaiser v CVS Pharmacy, Inc., Minuteclinic, LLC, and West Corporation*, Case No.

- 1:14-cv-03687 (N.D. Ill)
- *Zaklit v Nationstar Mortgage, LLC.*, Case No. 5:15-CV-02190-CAS-KK (C.D. Cal)
- *Charles Banks v Conn Appliance, Inc.*, Case No. 01-16-0001-0736 (American Arbitration Association)
- *Rajesh Verma v Memorial Healthcare Group*, Case No. 3:16-CV-00427-HLA-JRK (M.D. Fla)
- *Herrick v Godaddy.com*, Case No. 2:16-cv-00254-DJH (D.AZ)
- In Re: Monitronics International, Inc., Telephone Consumer Protection Act Litigation, Case No. 1:13-md-02493-IMK-JSK (N.D.W.V.)
- Diana Mey v Ventura Data, LLC And Public Opinion Strategies, Case No. 5:14-CV-123 (N.D.W.V.)

**2013-Present    Founder**
**Hansen Legal Technologies, Inc., San Diego, CA**
- Established and incorporated Hansen Legal Technologies, Inc. in 2013
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, civil, and other consumer cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions.
- Prepaired declarations for Class Certifications, and for Motions for Summary Judgement.

**2007-2013    Co-Founder**
**Hansen and Levey Forensics, Ft Lauderdale, FL**
- Established and incorporated Hansen & Levey Forensics, Inc. in 2007
- Established secure forensics laboratory for the San Diego office.
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, employment, civil, domestic, and juvenile cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings, and preparation for sanction hearings against opposing counsel and parties.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions
- Performed on site acquisitions.
- Participated in mediation sessions.
- Provided Expert Testimony in Craig Casey vs. Valley Center Insurance Agency Inc.

**2000-2016    Owner**
**Pns724 San Diego, CA**
- Provided complete IT solutions for hundreds of businesses and individuals including network design, configuration, forensics, and data recovery.
- Set up and maintained 864 line outbound call center with numerous auto dialers and predictive dialers. Maintained call lists, and DNC lists used to place hundreds of millions of calls over a five year period.
- Installed hundreds of POTS lines, "Turned up" at least 38 T1's and PRI's.

**2006    Volunteer**
**San Diego Regional Computer Forensics Laboratory (FBI sponsored computer forensics Lab)**
- Built several forensic machines with large fiber channel RAID assemblies for use in the field.
- Installed and configured systems for mobile laboratory

- Provided support in all areas from taking in evidence to calling case agents to pick up their evidence from finished cases gaining valuable experience in evidence handling.

**2004-Present    Systems Analyst**
**Amsec San Diego, CA / Lateott Bremerton, WA / HP Enterprise Services**
- Provided ATM and Ethernet fiber connectivity for secure and unsecured DOD networks.
- Troubleshot fiber connectivity issues on shore and ship facilities.

**2000-2004    Director of Training/ IT Director**
**Laptop Training Solutions, San Diego, CA**

- Provided Intrusion detection, incident response, and forensic services in a continuing effort keep the network and workstations secure.
- Planned, designed, and implemented network security for vital network services for 4 facilities, that were heavily attacked by varying methods, saving the company hundreds of thousands of dollars.
- Performed security risk assessment, performed IT control audits, developed countermeasures and provided a security policy to insure confidentiality, integrity and availability of resources.
- Performed Gap Analysis of existing systems and desired systems and migrated from Windows 2000 DNS and Exchange 2000 servers to Linux servers running Postfix and BIND to provide a more scalable network for 4 facilities providing the company the means to achieve a 450% growth.
- Planned, installed and maintained several school networks involving numerous Domain Controllers, UNIX servers, print servers, multiple nodes and routers.
- Installed and programmed Nortel phone system improving the company's ability to handle calls.
- Planned, organized and instructed computer certification courses including Microsoft Certified Systems Engineer (NT4.0, Win2000 MCSE, 2003 MCSE), Cisco (CCNA), A+, N+, Linux+, I-Net+, Security+, MOUS and Web Page Design (HTML, Javascript, DHTML, Flash 4, Flash 5, Fireworks3, Photoshop 5) resulting in hundreds of certified students.
- Provided students with a hands on training environment involving networks with Multiple Windows NT and Windows 2000 Domain Controllers, several workstations (Windows 95,98,NT,ME, and 2000 Professional), Novell, Unix, and Exchange Servers, and Cisco routers.
- Planned, organized and instructed a corporate training environment for TCP/IP which included addressing, standards, troubleshooting, subnetting, routing and Frame Relay
- Provided long distance support via telephone to hundreds of MCSE students throughout the country.
- Managed other instructors on training techniques for the MCSE, CCNA, Linux+, A+, Security+ and Network + courses providing a consistent system of training in all facilities.

**1998-2000    Electronic Test Technician 3**
**Action Instruments, San Diego, CA**
- Tested various types of electronics for industry and signal conditioning.
- Troubleshot and documented nearly 10,000 component level repairs.
- Assisted in improvements to the manufacturing process.
- Identified problems in product design and provided solutions to correct the problems.

**1996-1997    Network, Computer and Computer Monitor Technician /Instructor**
**United States Navy, Shore Intermediate Maintenance Activity, San Diego, CA**
- Installed and connectorized fiber optic computer networks throughout Naval Station San Diego and North Island.
- Provided network troubleshooting and management for large scale mission-critical DoD networks with over 600 nodes, routers, and servers.
- Provided upgrades, maintenance, troubleshooting, security, and repair of personal computers for 600 station LAN and the US Pacific Fleet.
- Troubleshot and repaired over 100 computer monitors to component level without technical manuals.
- Increased successful monitor repair from 10% to 95%.
- Trained shop personnel on computer monitor troubleshooting and repair.
- Researched parts, materials and techniques for Computer Monitor repair.
- Developed curriculum and instructed monitor troubleshooting and repair for the Navy Microcomputer Repair course.

**1993-1996    Electronics Technician / Computer Technician**
**United States Navy, USS Mahlon S. Tisdale (FFG-27), Combat Systems Division.**
- Provided incident response and performed forensic type of services for 36 computers following Employee sabotage.
- Troubleshot and maintained Harris 300 AN/UYK-62(V) mini-mainframe, running Vulcan OS, and all terminals
- Troubleshot, maintained, and upgraded hardware and software for 36 shipboard computers.
- Identified security threats, and developed countermeasures for computer systems on board.
- Troubleshot, repaired and maintained – at component level - various Univac systems making up a complex network of computers used in communications, navigation, and weapons guidance.
- Assisted in planning and running work center.

**1990-1992    Radio, Television, VCR Technician**
**LBJ Television, Wheat Ridge, CO**
- Performed component level troubleshooting of televisions, VCRs, and stereos.
- Performed in home repair of televisions.
- Introduced the repair of CD players to the company.
- Provided technical support to customers over the telephone.
- Handled customer service issues related to television repair.

**CERTIFICATIONS:**

Since starting my career, I have obtained certifications in MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.

I was certified by Bureau For Private Postsecondary And Vocational Education, in the States of California and Oregon, as an Instructor for Computer Installation and Repair Technology, Computer Systems Networking and Telecommunications, Micro Computer Applications, Microsoft, Windows, Excel in relation to my work at Laptop Training Solutions.


**GUEST APPEARANCES:**

- Featured in Microsoft Redmond Magazine Sep 2007
- Computer Talk 760 KFMB San Diego, CA
- Computer Bits KBNP 1410AM and KOHI 1600 Portland, OR
- San Diego Profiler 760 KFMB San Diego, CA

**PUBLIC POSITIONS:**

**June 2012-Jan 2017    Board Member, Spring Valley Community Planning Group**

　　　Elected board member of the Spring Valley Community Planning Group from April 2012 to Present. The purpose of the group is to advise the San Diego County Department of Planning and Land Use, the Planning Commission and the Board of Supervisors on matters of planning and land use affecting Spring Valley south of Highway 94. Members are volunteers and locally elected representing the interests of the people of Spring Valley. Items heard by the group include but are not limited to: Site Plans, Signs, Roads & Infrastructure, Parks & Recreation, Lot Splits, 2nd Dwelling Units, Day Care, Alcohol License, Tree Removal, Re-Zones.

**EDUCATION:**
2006    Access Data Forensic Toolkit
　　　　San Diego Regional Computer Forensics Laboratory, San Diego, CA
2006    Guidance Software Encase Forensic Suite
　　　　San Diego Regional Computer Forensics Laboratory, San Diego, CA
2005    E-discovery – Why Digital is different – by Craig Ball
　　　　San Diego County Bar Association, San Diego, CA

| Year | Course | Institution |
|---|---|---|
| 2003 | Security: Hardening MS Windows 2000 Server Family, IIS and Exchange 2000 Servers | CBI Systems Integrators, San Diego, CA |
| 1996 | Navy Standard Microcomputer Repair | PRC Inc., San Diego, CA |
| 1996 | Fundamentals of Total Quality Management/ Team Skills and Concepts | Shore Intermediate Maintenance Activity, San Diego, CA |
| 1993 | AN/SPS-55 Surface Search Radar | Service School Command, San Diego, CA |
| 1993 | Advanced Electronics School, Communication Systems and Radar Systems | Naval Training Center, Great Lakes, IL |
| 1992 | Electronic Theory | Naval Training Center, Orlando, FL |
| 1990-1991 | Radio, Television, VCR Repair | Warren Occupational Technical Center, Golden, CO |
| 1989-1990 | Electronic Theory | Warren Occupational Technical Center, Golden, CO |
| 1991 | | Columbine Sr. High School, Littleton, CO |

**SECURITY CLEARANCE:** Secret

References available on request

# Exhibit B

13. Type **Y** at the prompt if the entries are correct or type **N** to edit your selections. The cursor returns to the first field.
14. Press **Enter** to move to the field you want to correct. When the entries are correct, type **Y**.

    The system displays a message that the report is being generated. Then the system displays the `Agent History Reports` menu.

## Generating an agent activity report

To generate an agent activity report:

- From the `Supervisor Main Menu`, select `Reports > Agent history reports> Agent Activity Report`. Press **Enter** to generate the report

    The system displays a prompt to tell you it's generating the report. The system displays the `Agent History Reports` menu when the report is complete.

## Generating Job history reports

To generate Job history reports:

1. From the `Supervisor Main Menu`, select `Reports > Job history reports`.
2. From the `Job History Reports` menu, select one of the following options:
   - `Outbound Job report`
   - `Managed Job report`
   - `Inbound Job report`
   - `Blend Job report`
3. Type a `Sort Field` name. The sort name labels the columns in your report and organizes the information in alphanumeric order.
4. To generate the report, type the report selection criteria.
5. Type the number of the `Totalling Strategy`.
6. Type **Y** at the prompt if the entries are correct or type **N** to edit your selections. The cursor returns to the first field.
7. Press **Enter** to move to the field you want to correct. When the entries are correct, type **Y**.

    The system displays a prompt to tell you it's generating the report. The system displays the `Job History Reports` menu when the report is complete.

# Exhibit C

| Account_No | Account Id | Date | Time Name | Phone Number | CompCode | P_Fieldnum | Description |
|---|---|---|---|---|---|---|---|
| 5780979900815234 | 591081523 | 2015-11-27 | 14:48:32 | (951) 965-7814 | 46 | 6 | *Cust hung-up in Out Q |
| 5780979900815234 | 591081523 | 2015-11-29 | 12:40:03 | (951) 965-7814 | 92 | 6 | *Virtual msg to AUTOVO |
| 5780979900815234 | 591081523 | 2015-12-04 | 12:50:49 | (951) 965-7814 | 92 | 6 | *Virtual msg to AUTOVO |

# Exhibit D

| Account_No | Account Id | Date | Time Name | Phone Number | CompCode | P_Fieldnum | Description |
|---|---|---|---|---|---|---|---|
| 5780979588523399 | 568866073 | 2016-03-29 | 20:11:12 | (559) 970-6052 | 55 | 6 | Third party no msg left |
| 5780979588523399 | 568866073 | 2016-03-30 | 21:30:10 | (559) 970-6052 | 37 | 6 | *No circuit available |
| 5780979588523399 | 568866073 | 2016-03-30 | 21:31:54 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-08 | 16:10:06 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-23 | 11:33:11 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-23 | 12:32:14 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-23 | 13:54:41 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-24 | 11:54:43 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-24 | 13:13:54 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-25 | 11:23:37 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-25 | 19:39:11 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-25 | 21:14:34 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-26 | 11:38:12 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-26 | 11:53:35 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-26 | 12:42:30 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-26 | 18:34:50 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-26 | 21:07:07 | (559) 970-6052 | 55 | 6 | Third party no msg left |
| 5780979588523399 | 568866073 | 2016-04-27 | 11:33:07 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-27 | 12:41:41 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-27 | 19:35:48 | (559) 970-6052 | 13 | 6 | *Answering machine |
| 5780979588523399 | 568866073 | 2016-04-28 | 11:28:32 | (559) 970-6052 | 15 | 6 | *no answer |
| 5780979588523399 | 568866073 | 2016-04-28 | 12:02:56 | (559) 970-6052 | 52 | 6 | Left message |