| | |
|---|---|
| Douglas J. Campion (SBN 75381) | David J. Kaminski (SBN 128509) |
| Doug@DJCampion.com | KaminskiD@cmtlaw.com |
| **LAW OFFICES OF DOUGLAS J. CAMPION, APC** | **CARLSON & MESSER, LLP** |
| 17150 Via Del Campo, Ste 100 | 9841 Airport Blvd, Ste 1200 |
| San Diego, CA 92127 | Los Angeles, CA 90045 |
| Telephone: (619) 299-2091 | Telephone: (310) 242-2200 |
| Facsimile: (619) 858-0034 | Facsimile: (310) 242-2222 |
| | |
| Daniel G. Shay (SBN 250548) | *Attorney for Defendants* |
| DanielShay@TCPAFDCPA.com | |
| **LAW OFFICES OF DANIEL G. SHAY** | |
| 409 Camino Del Rio South, Suite 101B | |
| San Diego, CA 92108 | |
| Telephone: (619) 222-7429 | |
| Facsimile: (866) 431-3292 | |

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOHERTY & LESLIE WESTMORELAND, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>COMENITY CAPITAL BANK & COMENITY BANK,<br><br>       Defendants. | 3:16-cv-01321-H-BGS<br><br><u>CLASS ACTION</u><br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Judge: Marilyn L. Huff<br>Trial Date: None |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that Plaintiffs Michael Doherty and Leslie Westmorland have settled with Defendants Comenity Capital Bank and Comenity Bank.

The entire action has settled and the parties respectfully request to be excused from currently scheduled deadlines and appearances.

A Joint Stipulated Motion to Dismiss, or other document to that effect, will be filed within forty-five days of this filing.

Date: July 12, 2017

LAW OFFICES OF
DOUGLAS J. CAMPION, APC
By: s/ Douglas J. Campion
Douglas J. Campion, Esq.
Doug@DJCampion.com

LAW OFFICE OF DANIEL G. SHAY
By: s/ Daniel G. Shay
Daniel G. Shay, Esq.
DanielShay@TCPAFDCPA.com

*Attorneys for Plaintiffs and the Putative Class*

CARLSON & MESSER, LLP
By: s/ David J. Kaminski
David J. Kaminski, Esq.
KaminskiD@CMTLaw.com

*Attorney for Defendants*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, counsel for Defendants Comenity Capital Bank and Comenity Bank, and that I have obtained his approval to affix his electronic signature to this document.

Dated:  July 12, 2017

By: s/ Daniel G. Shay
Daniel G. Shay, Esq.
DanielShay@TCPAFDCPA.com

*Attorney for Plaintiffs*